UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ATTERBURY, | No. C 07-6307 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY; et al., | |
| Defendant. | |

This action is dismissed as frivolous.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 8, 2008

Marilyn Hall Patel
United States District Judge