United States District Court
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8    DANNY ATTERBURY,                        No. C 07-6307 MHP (pr)

9              Plaintiff,                     **ORDER DENYING REQUEST TO
                                              FILE MOTION FOR
10        v.                                  RECONSIDERATION**

11   COMMISSIONER OF SOCIAL
     SECURITY; et al.,
12
              Defendant.
13   _____/

14

15        Plaintiff's request for leave to file a motion for reconsideration, motion to amend, and

16   motion for appointment of counsel is DENIED.  (Docket # 11.)  The court had earlier

17   dismissed this action as frivolous, without granting leave to amend the complaint.  Although

18   plaintiff is correct that leave to amend a deficient complaint should be freely given, it need

19   not be blindly given.  Had the problems in the complaint appeared curable, the court would

20   have dismissed the complaint with leave to amend rather than simply dismissing the action.

21   However, the court did not see any way the problems in the complaint could be cured by

22   amendment and plaintiff has not identified any way in which he could cure any of the

23   problems identified in the order of dismissal by filing an amended complaint.  The dismissal

24   was proper, and plaintiff has not shown any reason for the court to reconsider it.  Finally, the

25   court will not appoint counsel in an action that has been dismissed.

26        IT IS SO ORDERED.

27   Dated: August 1, 2008                    _____
                                              Marilyn Hall Patel
28                                            United States District Judge